IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>MATTHEW DOUGLAS WEBB,<br><br>Defendant. | CR-20-62-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on July 24, 2025. (Doc. 47.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 16, 2025 (Doc. 42.) The United States accused Matthew Webb (Webb) of violating the conditions of his supervised release by committing another federal, state or local crime by distributing a dangerous drug, suboxone strips, to an inmate at the Shelby, Montana prison, constituting commission of the felony offenses of Criminal Distribution of Dangerous Drugs, in violation of Mont. Code Ann. §45-9-102; Transferring Illegal Articles, in violation of Mont. Code Ann. §45-7-307 and Money Laundering, in violation of Mont. Code Ann. §45-6-341 (Doc. 38.)

At the revocation hearing, Webb admitted that the Government could prove the allegation that he had violated the conditions of supervised release as set forth in the Petition by a preponderance of evidence but not beyond a reasonable doubt . Webb was advised of his right to appeal and allocute before the undersigned. (Doc. 42.)

Judge Johnston found that violation Webb admitted proves serious and warrants revocation of his supervised release and recommends a term of 6 months with 12 months of supervised release to follow, along with 100 hours of community service, completing no less than 10 hours per month. (Doc. 47.)

The violations prove serious and warrant revocation of Marshall's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 47) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Matthew Douglas Webb be sentenced for 6 months with 12 supervised release to follow, along with complete 100 hours of community service, completing no less than 10 hours per month.

DATED this 15th day of August 2025.

_____
Brian Morris, Chief District Judge
United States District Courts